CHARLES S. WILLIAMS et al., Appellants, *v.* THE NEW YORK HERALD COMPANY, Respondent.

*Williams* v. *N. Y. Herald Co.*, 165 App. Div. 529, appeal dismissed. (Submitted April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from a judgment entered January 15, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiffs entered upon a verdict and directing a dismissal of the complaint in an action for libel.

The motion was made upo the ground of failure to file the required undertaking.

*Robert W. Candler* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

JOHN F. COMEY, Respondent, *v.* UNITED SURETY COMPANY, Appellant.

(Submitted April 10, 1916; decided April 18, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 268.)